UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKY REETZ,

        Plaintiff,                          Case No. 2:24-cv-12624

v.                                          Honorable Susan K. DeClercq
                                                United States District Judge

SELECT PORTFOLIO
SERVICING, INC., et al,

        Defendants.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On October 4, 2024, this case was removed from Macomb County Circuit Court to this Court. ECF No. 1. Plaintiff named as defendants: Select Portfolio Servicing, Inc.; Wilmington Savings Fund Society, FSB; "Does 1-40"; and "Property in REM." ECF No. 1-2. On December 6, 2024, Plaintiff stipulated to an entry of dismissal as to Defendants Select Portfolio Servicing, Inc. and Wilmington Savings Fund Society, FSB. ECF Nos. 8; 10. There was, however, no mention of the Doe or Property Defendants. Accordingly, the Court ordered Plaintiff to show cause, in writing, by December 20, 2024, why the rest of the case should not be dismissed for failure to prosecute. ECF No. 9. The Court advised Plaintiff that failure to timely respond may result in dismissal of the case. *Id*. Plaintiff failed to do so.

- 2 -

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Civil Rule 41(b) as to Defendants Does 1-40 and Property In Rem.

**This is a final order and closes the above-captioned case.**

                                             */s/ Susan K. DeClercq*
                                             SUSAN K. DeCLERCQ
                                             United States District Judge

Dated: February 13, 2025